THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELESANO TROIANI, Alias LISENO TROIANI, True Name, ELESANO JOHN TROIANI, Appellant.— Defendant appeals from a judgment of the County Court, Queens County, convicting him, after trial, of the crimes of grand larceny in the first degree and possessing a dangerous weapon, and from the sentence imposed. Judgment unanimously affirmed. The matters claimed to constitute error did not affect the substantial rights of appellant. (Code Crim. Pro., § 542.) No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

CHARLENE WIENER, an Infant, by Her Guardian ad Litem, BLANCHE WIENER, et al., Appellants, et al., Plaintiff, v. CITY OF NEW YORK, Respondent.—Action on behalf of an infant to recover damages for personal injuries and by the infant's mother to recover medical expenses. The infant's injuries are alleged to have been suffered in a collision between a bus owned by respondent and an automobile, in which she was a passenger and which was owned and operated by plaintiff, her father. The appeal is from the judgment dismissing the complaint, entered after trial by the court, without a jury, insofar as it is against appellants. Judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

(February 10, 1955.)

RKO-KEITH-ORPHEUM THEATRES, INC., et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, and PARAMOUNT PICTURES THEATRES CORP., et al., Interveners-Appellants, v. CITY OF NEW YORK et al., Respondents. — Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Appellate Division properly made? Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See ante, p. 374.]

(February 14, 1955.)

ANNA BEUTENMILLER et al., Appellants, v. WEST END TAVERN, INC., Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See ante, p. 820.]